UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | | |
|---|---|---|
| TONJA BLEVINS, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 11-135-ART |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| HOFFMAN SWARTZ & ASSOCIATES, INC., | ) ) | |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Plaintiff Tonja Blevins has informed the Court that she wishes to dismiss this lawsuit under Federal Rule of Civil Procedure 41(a)(1)(A).  *See* R. 8.  It is therefore **ORDERED** that this matter is **DISMISSED WITHOUT PREJUDICE**.  The Court's previous show cause order, R. 7, shall be **DISCHARGED**, and the Clerk shall strike this case from the active docket of the Court.

This the 30th day of January, 2012.



Signed By:
*Amul R. Thapar*  AT
United States District Judge